UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| EXETER TOWNSHIP, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-2709 |
| | : | |
| CHERYL FRANCKOWIAK, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 21st day of February, 2018, upon consideration of Defendant Cheryl Franckowiak's Motion to Voluntarily Dismiss without prejudice her counterclaims against Plaintiff Exeter Township and the Exeter Township Board of Supervisors, Lisa VanderLaan, William "Chip" White, and Jeffrey Bukowski (collectively, with the Township, "the Exeter Parties"), ECF No. 15, and the Exeter Parties' Motion for Judgment on the Pleadings with respect to those same counterclaims, ECF No. 14, and for the reasons set forth in the opinion issued this date, it is **ORDERED** that:

1. Franckowiak's Motion to Voluntarily Dismiss Her Counterclaims without Prejudice, ECF No. 15, is **GRANTED**;
2. The Exeter Parties' Motion for Judgment on the Pleadings, ECF No. 14, is **DENIED** as moot;
3. The Exeter Parties' request that Franckowiak be ordered to pay their fees and costs as a condition of voluntary dismissal is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge