UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXETER TOWNSHIP, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-2709 |
| CHERYL FRANCKOWIAK, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 20th day of April, 2018, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint, ECF No. 53, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that the Motion, ECF No. 53, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge